# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**TROY D. COLEMAN,**

      Plaintiff,

      V.      CASE NUMBER: **06-C-896**

**MILWAUKEE SCHOOL OF CHOICE,**

      Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that plaintiff's petition to proceed *in forma pauperis* is DENIED. This action is hereby DISMISSED for plaintiff's failure to state any federal causes of action.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **November 2, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |